## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOEL M. CARNEY, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **8:06CV323** |
| **v.** | ) | |
| | ) | **ORDER** |
| **FORTIS INSURANCE COMPANIES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon notice of settlement given to the magistrate judge on May 15, 2005 by counsel for the defendant, and the oral motion by counsel for the defendant on June 15, 2006, for an extension of time to file the dismissal documents,

**IT IS ORDERED that:**

1.      The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before June 30, 2006**.  If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2.      Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with  NECivR 68.1.

DATED this 15th day of June, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge